IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **KEVIN J. CRAWFORD,** | : | |
| | : | |
| Plaintiff, | : | Case No. 1:18-cv-598 |
| | : | |
| v. | : | Judge Timothy S. Black |
| | : | |
| **THE NIELSEN COMPANY (US), LLC,** | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a), and the agreement of the parties, this action is hereby voluntarily dismissed with prejudice.  Each party shall bear its own costs and fees.

Respectfully submitted,

*/s/ Jon B. Allison (via authority 6/06/2019)*
Jon B. Allison, Esq. (#0073955)
Randolph H. Freking, Esq. (#0009158)
FREKING, MYERS & REUL, L.L.C.
600 Vine Street, 9th Floor
Cincinnati, OH  45202
jballison@fmr.law
randy@fmr.law

*Attorneys for Plaintiff Kevin J. Crawford*

*/s/ Alison M. Day*
Alison M. Day  (#0068060)
H. Devon Collins  (#0095657)
LITTLER MENDELSON, P.C.
21 East State Street, 16th Floor
Columbus, OH  43215
Telephone:    614.463.4212
Facsimile:    614.573.7984
Email:         aday@littler.com
                    dcollins@littler.com

*Attorneys for Defendant The Nielsen Company (US), LLC*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that, on this 6th day of June, 2019, a copy of the foregoing *Stipulation of Dismissal With Prejudice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Alison M. Day*
                                          An Attorney for Defendant

FIRMWIDE:164725211.1 048626.1041
6/4/19